**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**ROBERT ARMSTRONG,**

Plaintiff,

v.

**JOE HATCHLER, RICK BENOIT, DELL JOHNSON, and L. GANNON,**

Defendants.

Civil File No. 00-388 (DSD/JGL)

**ORDER**

APPEARANCES

Robert Armstrong, pro se.

Mary Jo Madigan, Esq., Assistant United States Attorney, for Defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Jonathan Lebedoff dated January 19, 2001, all the files, records and proceedings herein, and no objections having been filed to that Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendants Joe Hetchler, Risk Benoit, Dell Johnson, and L. Gannon's Motion to Dismiss or, in the Alternative, for Summary Judgment (Doc. No. 9) is **DENIED WITHOUT PREJUDICE.**

Dated: February 13, 2001

DAVID S. DOTY
United States District Court

FILED 2-13-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK