# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Robert Armstrong

Plaintiff

v.

Joe Hatchler, Rick Benoit,
Dell Johnson and L. Gannon

Defendants

Case No. Civil 00-388 DSD/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the defendants' motion to dismiss or in the alternative for summary judgment is granted. Plaintiff's motion for summary judgment is denied. This action is dismissed with prejudice.

DATE: August 1, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk